UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| IN RE TRIANGLE CAPITAL CORP. ) <br> SECURITIES LITIGATION ) <br> ) <br> This Document Relates to: ) <br> ) <br> ALL ACTIONS ) | **JUDGMENT** <br> CONSOLIDATED CIVIL ACTION <br> Master File No. 5:18-CV-10-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion to dismiss for failure to state a claim and plaintiff LifeWise Family Financial Security, Inc.'s ("LifeWise") motion for leave to file consolidated second amended complaint.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered March 7, 2019 and September 20, 2019, and for the reasons set forth more specifically therein, defendants' motion to dismiss is GRANTED, plaintiff LifeWise's motion for leave to file consolidated second amended complaint is DENIED. This action is DISMISSED WITH PREJUDICE.

**This Judgment Filed and Entered on September 20, 2019, and Copies To:**
Daniel K. Bryson/Patrick Donovan/Peter C. Harrar (via CM/ECF Notice of Electronic Filing)

Samuel Ranchor Harris, III/Mark. Sigmon/David G. Schiller/Matthew M. Guiney/Chelsea J. Corey/Benjamin W. Pope/Bethany M. Rezek/Michael R. Smith (via CM/ECF Notice of Electronic Filing)

September 20, 2019          PETER A. MOORE, JR., CLERK

                             /s/ Susan W. Tripp
                             (By) Susan W. Tripp, Deputy Clerk