FILED: February 22, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2162
(5:18-cv-00010-FL)

_____

IN RE: TRIANGLE CAPITAL CORPORATION SECURITIES LITIGATION
_____

LIFEWISE FAMILY FINANCIAL SECURITY, INC.

       Plaintiff - Appellant

and

GARY W. HOLDEN, individually and on behalf of all others similarly situated; YUN CHENG; CHI WAI LEUNG; STEVEN LYNN KOEPPEL; SUSAN MARIE KOEPPEL; GERALDINE CHECKMAN; HENRY WERDENBERG; ELIAS DAGHER

       Plaintiffs

v.

TRIANGLE CAPITAL CORPORATION; E. ASHTON POOLE; STEVEN C. LILLY; GARLAND S. TUCKER, III

       Defendants - Appellees

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK